UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. COOK, | No. 2:14-0948 DAD P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JAIL et al, | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $50.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(1). The court will grant plaintiff thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the required filing fee ($350.00 plus a $50.00 administrative fee) or an affidavit in support of a request to proceed in forma pauperis. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the non-prisoner in forma pauperis form used by this district.

Dated: September 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cook0948.ifp